JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
VALERIE K. BRENNAN (CA Bar No. 248148)
vbrennan@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC, US BANK NATIONAL ASSOCIATION, JPMAC 2005 WMC 1 JP MORGAN MORTAGE ACQUISITION CORP 2005-WC-1, JP MORGAN ACQUISITION CORP., JP MORGAN ACCEPTANCE CORPORATION I, AND J.P. MORGAN CHASE BANK, N.A., erroneously sued as J.P. MORGAN CHASE BANK

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Horace M. Simpson<br><br>Gwendolyn Simpson,<br><br>    Debtors.<br><br>Horace M. Simpson<br><br>Gwendolyn Simpson,<br><br>    Plaintiffs,<br><br>v.<br><br>Chase Home Finance LLC and US Bank National Association, JPMAC 2005 WMC 1 JP Morgan Mortgage Acquisition Corp 2005-WC-1, JP Morgan Acquisition Corp.<br>JP Morgan Acceptance Corporation I<br>JP Morgan Chase Bank,<br>Does 1 – 10.<br>    Defendants. | Case No.: 07-298855-B-13J<br><br>**Adversary Case No.:** 08-02618-B<br><br>(Chapter 7)<br><br>The Honorable Thomas Holman<br><br>**JOINT DISCOVERY PLAN** |

**TO THE HONORABLE THOMAS HOLMAN, UNITED STATES BANKRUPTCY JUDGE:**

Defendants Home Finance LLC, US Bank National Association, JPMAC 2005 WMC 1 JP Morgan Mortgage Acquisition Corp 2005-WC-1 JP Morgan Acquisition Corp., JP Morgan Acceptance Corporation I, and J.P. Morgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Bank (collectively "Defendants") and plaintiffs Horace M. Simpson and Gwendolyn Simpson (collectively, "Simpson" or "Plaintiffs") submit the following Joint Discovery Plan:

1. Complete Rule 26 meeting by January 20, 2009.
2. Complete Initial Disclosure by February 15, 2009
3. Initial Expert Disclosure by July 15, 2009
4. Second Expert Disclosure by August 1, 2009
5. Non-expert discovery cutoff: August 1, 2009
6. Expert discovery cutoff: October 1, 2009

///
///
///
///
///

7. Last day to file discovery related motion: October 14, 2009

DATED: January 20, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: _____
JOHN M. SORICH
CHRISTOPHER YOO
VALERIE K. BRENNAN
Attorneys for Defendants
CHASE HOME FINANCE LLC, US BANK
NATIONAL ASSOCIATION, JPMAC 2005
WMC 1 JP MORGAN MORTAGE
ACQUISITION CORP 2005-WC-1,
JP MORGAN ACQUISITION CORP., JP
MORGAN ACCEPTANCE CORPORATION I,
AND J.P. MORGAN CHASE BANK, N.A.,
erroneously sued as J.P. MORGAN CHASE
BANK

DATED: January 20, 2009

WOLFF & WOLFF

By: _____
MARK A. WOLFF
Attorneys for Plaintiffs
HORACE M. SIMPSON and GWENDOLYN
SIMPSON

---

3
DISCOVERY PLAN

1068958.1