

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

FILED

3/5/09

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

shbs

# NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| | |
|---|---|
| In re<br><br>Gwendolyn Simpson and Horace M. Simpson<br><br>Debtor(s). | Bankruptcy Case No.<br><br>07−29855 − B − 13 |
| Horace M. Simpson<br>et al.<br><br>Plaintiff(s),<br><br>v.<br>Chase Home Finance, LLC<br>et al.<br><br>Defendant(s). | Adversary Proceeding No.<br><br>08−02618 − B |

NOTICE IS HEREBY GIVEN THAT:

An order/judgment was entered on the docket in this adversary proceeding on March 05, 2009 . The document number and docket text for this order/judgment are set forth below.

[27] − Civil Minute Order Denying [11] Motion/Application to Dismiss Case/Proceeding [SCY−1] (shbs)

Dated:
3/5/09

For the Court,
Richard G. Heltzel , Clerk