FILED
December 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002311695

3

Mark A. Wolff (175570)
WOLFF & WOLFF
8861 Williamson Drive, Suite 30
Elk Grove CA 95624
Phone: (916) 714-5050
Fax:   (916) 714-5054
e-mail: markwolff@wolffandwolff.com

Attorney for Plaintiffs

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In Re:

Horace Simpson

Gwendolyn Simpson

Case #:   07-29855-B-13J

Chapter:   13

---

Horace Simpson

Gwendolyn Simpson,

    Plaintiffs

v.

Chase Home Finance, LLC,
US Bank National Association,
JPMAC 2005 WMC 1 JP Morgan Mortgage
Acquisition Corp 2005-WC-1
JP Morgan Acquisition Corp.
JP Morgan Acceptance Corporation 1
JP Morgan Chase Bank,
Does 1-10,

    Defendants.

Adversary #:   08-02618

Date:
Time:
Place:   U.S. Bankruptcy Court
Department B
Courtroom 34, 6th Floor
501 I Street
Sacramento, CA 95814

**STIPULATED REQUEST FOR ORDER EXTENDING THE DEADLINE FOR DISCOVERY AND OTHER DEADLINES**

Page 1

Plaintiffs, Horace Simpson and Gwendolyn Simpson, by and through their attorney Mark A. Wolff of Wolff and Wolff, and Defendants, Chase Home Finance, LLC, US Bank National Association, JPMAC 2005 WMC 1, JP Morgan Mortgage Acquisition Corp 2005-WC-1, JP Morgan Acquisition Corp., JP Morgan Acceptance Corporation 1, JP Morgan Chase Bank hereby stipulate and jointly request that the Court extend all deadlines set forth in the scheduling order.

## RECITALS

1. On March 19, 2009 the Court issued a Scheduling Order setting a deadline for completion of discovery on October 1, 2009. The Order also set deadlines to disclose experts and exchange expert reports for October 1, 2009., the last date to hear Motions for Summary Judgement for January 19, 2010, the Pre Trial Conference to take place on February 3, 2010 at 11:00 AM, and the close of expert discovery to be December 1, 2009.
2. Both parties have conducted some discovery and desire to propound additional discovery based on the parties desire to extend deadline for discovery as well as all other deadlines as set forth below.

## STIPULATION

BASED UPON THE FORGOING RECITALS IT IS HEREBY STIPULATED THAT:

The Parties agree, subject to Court approval, to extend the deadlines as follows:

    a. The close of non-expert discovery will be April 15, 2010;
    b. The last date to disclose experts will be April 15, 2010;
    c. The last date to exchange expert reports will be April 15, 2010;
    d. The Close of Expert Discovery will be June 14, 2010;
    e. The Last date to hear motions for Summary Judgement will be August 3,

2010;

    f.    Pretrial Statements will be due August 11, 2010;

    g.    The Pretrial Conference will take place on a date to be determined by the Court and set forth in the Order Approving this Stipulation

The Parties agree that all other dates/deadlines set forth in the Scheduling Order shall remain the same.

Dated: 12

WOLFF & WOLFF

By: _____
Mark A. Wolff
Attorneys for
Horace and Gwendolyn Simpson

Dated: 12/22/09

ADORNO, YOSS, ALVARADO & SMITH

By: _____
S. Christopher Yoo
Attorneys for
Chase Home Finance, et al.

Page 3