FILED
January 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002377555

JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
TUYET T. TRAN (CA Bar No. 245699)
ttran@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC; US BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR PMAC 2005 WMC 1 JP
MORGAN MORTGAGE ACQUISITION CORP 2005-WC-1;
JPMORGAN ACQUISITION CORP.; JPMORGAN
ACCEPTANCE CORPORATION I; AND JPMORGAN CHASE
BANK, N.A., erroneously sued as J.P. MORGAN CHASE BANK

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Horace M. Simpson<br><br>Gwendolyn Simpson,<br><br>    Debtors.<br> | Case No.: 07-298855-B-13J<br><br>**Adversary Case No.:** 08-02618-B<br><br>(Chapter 7)<br><br>**PRETRIAL STATEMENT** |
| Horace M. Simpson<br><br>Gwendolyn Simpson,<br><br>    Plaintiffs,<br><br>v.<br><br>Chase Home Finance LLC and US Bank National Association, JPMAC 2005 WMC 1 JP Morgan Mortgage Acquisition Corp 2005-WC-1, JP Morgan Acquisition Corp.<br>JP Morgan Acceptance Corporation I<br>JP Morgan Chase Bank,<br>Does 1 – 10.<br><br>    Defendants. | Date: February 3, 2010<br>Time: 11:00 a.m.<br>Place: U.S. Bankruptcy Court<br>    Department B<br>    Courtroom 34, 6th Floor<br>    501 I Street<br>    Sacramento, CA 95814 |

///

Defendants, Chase Home Finance LLC ("Chase"), US Bank National Association, as Trustee for JPMAC 2005 WMC 1 JP Morgan Morgan Mortgage Acquisition Corp 2005-WC-1 ("US Bank"), JPMorgan Acquisition Corp ("JPMorgan Acquisition"), JPMorgan Acceptance Corporation I ("JPMorgan Acceptance") and JPMorgan Chas Bank, N.A., erroneously sued as J.P. Morgan Chase Bank ("JPMorgan" collectively "Defendants"), by and through their attorney S. Christopher Yoo, Esq. of Adorno, Yoss, Alvarado & Smith, hereby make this Pretrial Statement:

Defendants and plaintiffs Horace M. Simpson and Gwendolyn Simpson (collectively, "Plaintiffs") have agreed to a Stipulated Request for Order Extending the Deadline for Discovery and Other Deadlines ("Stipulation"). The Stipulation was filed with the Court on December 28, 2009. An Order approving the Stipulation has been prepared and submitted to the Court for approval.

Defendants join in Plaintiffs' request to postpone the Pretrial Conference.

DATED: January 27, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
TUYET T. TRAN
Attorneys for Defendants
CHASE HOME FINANCE LLC; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR JPMAC 2005 WMC 1 JP MORGAN MORTGAGE ACQUISITION CORP 2005-WC-1;JPMORGAN ACQUISITION CORP.; JPMORGAN ACCEPTANCE CORPORATION I; AND JPMORGAN CHASE BANK, N.A., erroneously sued as J.P. MORGAN CHASE BANK

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*In Re Horace M. Simpson, Gwendolyn Simpson*
USBC Case No.: 07-298855-B-13J
*Simpson, et al. v. Chase Home Finance LLC, et al,*
**Adversary Case No.: 08-02618-B**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On January 27, 2010, I served the foregoing document described as **PRETRIAL STATEMENT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on January 27, 2010, at Santa Ana, California.

Vicki Warren

1
PROOF OF SERVICE

1095427.1

# SERVICE LIST

*In Re Horace M. Simpson, Gwendolyn Simpson*
USBC Case No.: 07-298855-B-13J
*Simpson, et al. v. Chase Home Finance LLC, et al,*
**Adversary Case No.: 08-02618-B**

| | |
|---|---|
| Horace M. Simpson<br>8319 Harney Way<br>Sacramento, CA 95829 | Debtor |
| Gwendolyn Simpson<br>8319 Harney Way<br>Sacramento, CA 95829 | Debtor |
| Mark A. Wolff, Esq.<br>Wolff & Wolff<br>8861 Williamson Dr #30<br>Elk Grove, CA 95624-7920 | Attorney for Debtors |
| Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812 | Chapter 13 Trustee |